UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-61370-CIV-SINGHAL

HOWARD COHAN,

    Plaintiff,

v.

PARTY CITY CORPORATION
d/b/a PARTY CITY,

    Defendant.
_____/

## ORDER

**THIS CAUSE** is before the Court upon the Suggestion of Bankruptcy as to Party City Corporation (DE [18]) filed January 19, 2023. On January 11, 2023, Party City Holdco Inc., and its affiliates and subsidiaries, including Defendant Party City Corporation, filed voluntary petitions for relief under Chapter 11 of the Bankruptcy Code, commencing Case No. 23-90005 (Bankr. S.D. TX.). Accordingly, it is hereby

**ORDERED AND ADJUDGED** that this case is STAYED as to Defendant Party City Corporation. The Clerk is directed to administratively **CLOSE** the case and any pending motions are **DENIED AS MOOT**. Either party can move to reopen pending further resolution from the Bankruptcy Court.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 20th day of January 2023.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished counsel via CM/ECF